08-15-00093-CR

ERIKA C. WRIGHT, CSR
Official Court Reporter
210th District Court
546-2130 Ext. 3600
ewright@epcounty.com

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
6/15/2015 9:42:03 AM
DENISE PACHECO
Clerk

June 15, 2015
Denise Pacheco, Clerk
Court of Appeals
Eighth District of Texas
500 East San Antonio Street, Suite 1203
El Paso, Texas 79901

Re: The State of Texas vs. Jaime Alberto Sanchez
Trial Court Case Number: 20060D01366
Court of Appeals number: 08-15-00093-CR


Dear Ms. Pacheco,

I, Erika Wright, received a notice of appeal and request for record in the above-styled and referenced cause. The transcript was due May 20th.  I was instructed by the Court of Appeals to notify if arrangements have been made or not by the 13th of June.  No arrangements have been made thus far regarding this record.

Please contact me with any questions regarding this matter.


/s/Erika C. Wright
Erika C. Wright, CSR
Official Court Reporter
210th District Court